IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:23-cr-00307-MHT |
| ) | (WO) |
| DEVONTAE RUDOLPH ) | |

**FORFEITURE MONEY JUDGMENT**

Before the court is the government's motion for a forfeiture money judgment in the amount of $77,814.00 filed on February 8, 2024 (Doc. 29).

Being fully advised of the relevant facts, this court hereby finds that the defendant, Devontae Rudolph, obtained at least $77,814.00 in proceeds from the conspiracy to commit bank and mail fraud, to which he pled guilty.

Accordingly, it is ORDERED, ADJUDGED and DECREED that for good cause shown, the government's motion is granted.

It is further ORDERED that, pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $77,814.00.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

DONE, this the 28th day of May, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE