IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        2:23cr307-MHT
                            )             (WO)
DEVONTAE RUDOLPH            )
```

**SUPPLEMENTAL ORDER ON CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction, it is ORDERED that, within 30 days of the commencement of supervised release:

(1) Defendant Devontae Rudolph and his attorney shall submit to the court a detailed payment plan for restitution.  This plan shall include how defendant Rudolph is to reimburse the two victims owed restitution; a proposal for the full management of defendant Rudolph's money so that he may avoid the financial circumstances that motivated his offense; and, if possible, his enrollment in a program that can help him learn how to manage his money.

(2) Defendant Rudolph shall submit to the court a plan for him to return to college.  This plan shall

include what degree he hopes to earn, how he plans to pay for his education, and the time frame within which he plans to enroll and complete his degree.

(3) Defendant Rudolph shall write a letter to each of the three victims who suffered financial loss (Regions Bank, Geri Wieseler, and Amber Perdew) apologizing for his conduct.  He, and not anyone else, shall write the letters.  He shall submit copies of the letters to the court.

(4) Defendant Rudolph shall make restitution to Regions Bank and Geri Wieseler.  The court will determine the schedule for those payments after receiving the plans ordered above.

DONE, this the 28th day of May, 2024.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**