IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr307-MHT |
| | ) | (WO) |
| DEVONTAE RUDOLPH | ) | |

ORDER ON PROPOSED PLAN AND RESTITUTION PAYMENTS

Upon consideration of defendant Devontae Rudolph's response to the supplemental order on conditions of supervised release, it is ORDERED that:

(1) Defendant Rudolph's proposed plan (Doc. 47) is approved.

(2) Defendant Rudolph shall pay restitution at the rate of not less than $ 150.00 per month.  All payments shall be paid to the Clerk, United States District Court, 1 Church Street, Montgomery, AL 36104.

DONE, this the 2nd day of July, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE