IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:23cr307-MHT** |
| | ) | **(WO)** |
| **DEVONTAE RUDOLPH** | ) | |

**ORDER**

Based on the representations made on the record on November 5, 2024, it is ORDERED that:

(1) Another status conference is set for December 5, 2024, at 9:00 a.m., with the supervising probation officer and counsel for the parties in attendance, to discuss defendant Devontae Rudolph's employment efforts. The courtroom deputy is to arrange for the conference to be held by videoconference.

(2) Three business days before the status conference, the supervising probation officer and defense counsel are to file a joint report or separate reports detailing whether defendant Rudolph has obtained employment and, if not, why not.

DONE, this the 6th day of November, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**