IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr307-MHT |
| | ) | (WO) |
| DEVONTAE RUDOLPH | ) | |

## ORDER

Based on the representations made on the record on December 5, 2024, it is ORDERED that:

(1) Another status conference is set for February 28, 2025, at 9:00 a.m., with the supervising probation officer and counsel for the parties in attendance, to discuss defendant Devontae Rudolph's employment efforts and restitution payments. The courtroom deputy is to arrange for the conference to be held by videoconference.

(2) Three business days before the status conference, the supervising probation officer and defense counsel are to file a joint report or separate reports detailing (a) whether defendant Rudolph has obtained employment and, if not, why not, and (b) his efforts at restitution.

DONE, this the 5th day of December, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE