IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:23cr307-MHT** |
| | ) | **(WO)** |
| **DEVONTAE RUDOLPH** | ) | |

**ORDER**

On May 22, 2024, defendant Devontae Rudolph was sentenced for conspiracy to commit bank and mail fraud in violation of 18 U.S.C. § 1349. Despite a United States Sentencing Guidelines range of 21 to 27 months imprisonment, this court gave Rudolph a substantial break and sentenced him to time served followed by four years of supervised release. The court gave Rudolph this break in large part based on his youth; he was 19 at the time he committed the offense. Rudolph had promised the court that he would turn his life around, find stable employment, and reenroll in college. To help ensure that he kept his promise, the court imposed, among other things, a special condition of supervised release that Rudolph submit a plan to return

to college. *See* Judgment (Doc. 44), at 5. Rudolph submitted his plan in June 2024, and the court adopted his plan in July 2024. *See* Order on Proposed Plan and Restitution Payments (Doc. 48). The court then commenced to hold status conferences to monitor whether Rudolph was keeping his promises to the court.

Based on the representations made at a status conference on the record on February 28, 2025, the court is concerned that Rudolph is not keeping one of the promises he made to the court.

Accordingly, it is ORDERED that:

(1) Within 14 days from today, defendant Devontae Rudolph is to *personally* compose, and submit to the court (by way of his attorney), a letter explaining how he has kept up the promise he made to return to college and pay off his college debt, as well as how he intends to keep that promise going forward. This letter must *also* include a *detailed* explanation of the: (1) actions

that he will take each month from now until August 2025 to ensure that he will keep his promise to pay off in a sufficient time to attend college the fall-2025 semester; (2) steps he will take in order to ensure that he is able to pay for college; (3) relevant administrative deadlines related to his reenrollment at Faulkner University and how he intends to meet those deadlines; and (4) steps required for him to reenroll in college after his debt is paid off.

(2) Alternatively, if defendant Rudolph has decided that he will no longer be attending college to pursue a career, then, within 14 days from today, he is to *personally* compose, and submit to the court (by way of his attorney), a letter explaining how he came to the decision that he will no longer be attending college and what his alternative career plan is.

DONE, this the 4th day of March, 2025.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3