IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr307-MHT |
| | ) | (WO) |
| DEVONTAE RUDOLPH | ) | |

ORDER

On March 4, 2025, in light of the representations
made at several previous status conferences, the court
ordered that defendant Devontae Rudolph "*personally*
compose, and submit to the court (by way of his
attorney), a letter explaining how he has kept up the
promise he made to return to college and pay off his
college debt, as well as how he intends to keep that
promise going forward." Order on Submission of Letter
(Doc. 60) (emphasis in original). In response, Rudolph
submitted a letter outlining his efforts, as well as
his plan to attend a different college from Faulkner,
where he had originally planned to attend. *See* Rudolph
Response (Doc. 62). While the court is still concerned
as to whether Rudolph has fully lived up to the

'promise' he made to the court, he has complied with condition of supervised release that he submit "a plan ... to return to college." Judgment (Doc. 44), at 5.

Accordingly, it is ORDERED that the court will not take any further action as to this issue in this case. Also, the court will not hold any more status conferences at this time.

DONE, this the 18th day of March, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2